1234-3B-EPIE3B-00168775-163652

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

In re:  CORY HENMAN                                                                                   Case No.: 10-24344   KL

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

PAUL CHAEL, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  09/15/2010.
2) The plan was confirmed on  12/07/2010.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was completed on  09/17/2013.
6) Number of months from filing or conversion to last payment:  36.
7) Number of months case was pending:  44.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  NA.
10)  Amount of unsecured claims discharged without full payment:  26,179.83.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $2,677.94 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$2,677.94** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $2,300.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $73.44 |
| Other: | $157.50 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,530.94** |
| Attorney fees paid and disclosed by debtor: | $500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCOUNTS RECOVERY BUREAU | Unsecured | 277.00 | 277.65 | 277.65 | .00 | .00 |
| ACME CONTL CREDIT UNIO | Unsecured | 1,007.00 | NA | NA | .00 | .00 |
| AMERICAN INFOSOURCE LP | Unsecured | 399.63 | 428.00 | 428.00 | 3.28 | .00 |
| AMEX | Unsecured | NA | NA | NA | .00 | .00 |
| ARNOLDHARRIS/MED BUSINESS | Unsecured | NA | NA | NA | .00 | .00 |
| BRIDGETTE WAYO | Priority | NA | NA | NA | .00 | .00 |
| CAPITAL ONE N A | Unsecured | NA | NA | NA | .00 | .00 |
| CHASE | Unsecured | NA | NA | NA | .00 | .00 |
| CHASE - CC | Unsecured | NA | NA | NA | .00 | .00 |
| CHASE MHT BK | Unsecured | NA | NA | NA | .00 | .00 |
| CHRYSLER CREDIT | Unsecured | NA | NA | NA | .00 | .00 |
| CHRYSLER FINANCIAL | Unsecured | NA | NA | NA | .00 | .00 |
| CITIBANK SD NA | Unsecured | NA | NA | NA | .00 | .00 |
| CITIBANK SD NA | Unsecured | NA | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT | Unsecured | 565.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

In re: CORY HENMAN                                    Case No.: 10-24344 KL

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| CUSTOM COLL SRVS INC | Unsecured | 320.00 | NA | NA | .00 | .00 |
| DISCOVER FIN SVCS LLC | Unsecured | NA | NA | NA | .00 | .00 |
| FINANS FCU | Unsecured | NA | NA | NA | .00 | .00 |
| FIRST REVENUE | Unsecured | NA | NA | NA | .00 | .00 |
| FIRSTSOURCE FIN SOLUTI | Unsecured | 714.00 | NA | NA | .00 | .00 |
| GLA COLLECTION CO | Unsecured | 809.00 | 809.00 | 809.00 | 6.20 | .00 |
| HSBC BANK | Unsecured | NA | NA | NA | .00 | .00 |
| I C SYSTEM INC | Unsecured | 250.00 | NA | NA | .00 | .00 |
| INDIANA CARP | Unsecured | NA | NA | NA | .00 | .00 |
| INDIANA CARP | Unsecured | NA | NA | NA | .00 | .00 |
| INDIANA CARP | Unsecured | NA | NA | NA | .00 | .00 |
| KOMYATTASSOC | Unsecured | 366.00 | NA | NA | .00 | .00 |
| KOMYATTASSOC | Unsecured | 365.00 | NA | NA | .00 | .00 |
| KOMYATTASSOC | Unsecured | 235.00 | NA | NA | .00 | .00 |
| KOMYATTASSOC | Unsecured | 192.00 | NA | NA | .00 | .00 |
| KOMYATTASSOC | Unsecured | 95.00 | NA | NA | .00 | .00 |
| KOMYATTASSOC | Unsecured | 70.00 | NA | NA | .00 | .00 |
| KOMYATTASSOC | Unsecured | 68.00 | NA | NA | .00 | .00 |
| KOMYATTASSOC | Unsecured | 52.00 | NA | NA | .00 | .00 |
| KOMYATTASSOC | Unsecured | 51.00 | NA | NA | .00 | .00 |
| KOMYATTASSOC | Unsecured | 540.00 | NA | NA | .00 | .00 |
| KOMYATTASSOC | Unsecured | 67.50 | NA | NA | .00 | .00 |
| KOMYATTASSOC | Unsecured | 500.00 | NA | NA | .00 | .00 |
| KOMYATTASSOC | Unsecured | 145.00 | NA | NA | .00 | .00 |
| KOMYATTASSOC | Unsecured | 400.00 | NA | NA | .00 | .00 |
| KOMYATTE & ASSOCIATES, P.C. | Unsecured | 50.00 | 1,022.92 | 1,022.92 | 7.84 | .00 |
| KOMYATTE & ASSOCIATES, P.C. | Unsecured | 640.00 | 1,915.00 | 1,915.00 | 14.67 | .00 |
| KOMYATTE & ASSOCIATES, P.C. | Unsecured | 1,977.00 | 2,276.00 | 2,276.00 | 17.44 | .00 |
| KOMYATTE & ASSOCIATES, P.C. | Unsecured | 1,171.00 | 5,534.45 | 5,534.45 | 63.60 | .00 |
| KOMYATTE AND CASBON P C | Unsecured | 35.00 | NA | NA | .00 | .00 |
| KOMYATTE AND CASBON P C | Unsecured | 28.10 | NA | NA | .00 | .00 |
| KOMYATTE AND CASBON P C | Unsecured | 39.40 | NA | NA | .00 | .00 |
| KOMYATTE AND CASBON P C | Unsecured | 40.00 | NA | NA | .00 | .00 |
| KOMYATTE AND CASBON P C | Unsecured | 39.00 | NA | NA | .00 | .00 |
| KOMYATTE AND CASBON, P.C. | Unsecured | 3,580.00 | NA | NA | .00 | .00 |
| MUTL H CLCTN | Unsecured | NA | NA | NA | .00 | .00 |
| NIPSCO | Unsecured | NA | 714.85 | 714.85 | 5.48 | .00 |
| QUEST DIANOSTICS | Unsecured | 174.50 | NA | NA | .00 | .00 |
| RRS INC | Unsecured | 122.00 | 122.00 | 122.00 | .95 | .00 |
| SEARS/CBSD | Unsecured | NA | NA | NA | .00 | .00 |
| SPRINGLEAF FINANCIAL | Unsecured | 4,038.00 | 3,206.02 | 3,206.02 | 3.50 | .00 |
| ST MARGARET MERCY | Unsecured | 58.40 | NA | NA | .00 | .00 |

1234-3B-EPIE3B-00168775-163652

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

In re: CORY HENMAN                                       Case No.: 10-24344 KL

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TNB-VISA | Unsecured | NA | NA | NA | .00 | .00 |
| US DEPART OF EDUCATION | Unsecured | 3,417.00 | 3,136.54 | 3,136.54 | 24.04 | .00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 19,442.43 | 147.00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $2,530.94 |
| Disbursements to Creditors: | $147.00 |
| **TOTAL DISBURSEMENTS:** | $2,677.94 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 05/01/2014                    By: /s/PAUL CHAEL
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

1234-3B-EPIE3BCT-00168775-314922

IN RE:  CASE NO:
CORY HENMAN  10-24344  KL

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Final Report and Account was sent electronically or by ordinary United States mail, postage prepaid, on the date noted below, to the debtor, attorney for the debtor, and the United States Trustee.

Date: May 22, 2014  /s/PAUL CHAEL
 PAUL CHAEL